**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE
(Filed Electronically)**

**CRIMINAL ACTION NO. 3:23CR-9-DJH
UNITED STATES OF AMERICA,**                                                                 **PLAINTIFF,**

**vs.**

**ANTHONY STEWART,**                                                                                **DEFENDANT.**

**DEFENDANT'S SENTENCING MEMORANDUM**

The Defendant, Anthony Stewart, pleaded guilty to the single count of Possession of a Firearm by a convicted felon.   He is awaiting sentencing by this Court.

**I.**

**The Pre-Sentence Report**

**A.**   **Objections to the PSR.**

The defense has no objection to the Pre Sentence Report.

**B.**   **Statutory Sentencing Range**.

The statutory sentencing range is 0-15 years.

**C.**   **Advisory Guideline Range**

The PSR calculates a recommended sentencing range of 37-46 months.  The defense does not object to this calculation.

Office of the
Federal Defender
200 Theatre Building
629 Fourth Avenue
Louisville, KY 40202

Tel (502) 584-0525
Fax (502) 584-2808

**D.     Requested sentence**

The defense is requesting a sentence of imprisonment for a period of no more than 37 months.

Mr. Stewart's difficult upbringing, and his considerable associated mental health issues are significant mitigating factors when considering an appropriated sentence for this case. He was raised in poverty, without a father who was incarcerated for virtually his entire childhood, Poverty, evictions and relentless instability, coupled with neglect and physical abuse constitute a recipe for problems. Certainly, it was not an environment that provided for basic needs, let alone the needs a young child requires to help address serious mental health issues and limited intellectual abilities.

This crime did not involve any injury to anyone, and after his arrest, Mr. Stewart freely admitted his culpability.

Wherefore, the defense requests that the Court sentence Mr. Stewart to a sentence of no more than 37 monts, with a period of supervised release to include treatment/counseling for substance abuse and mental health issues. Such a sentence is sufficient, but not more than necessary to comply with the considerations the Court must evaluate under 18 U.S.C. §3553(a).

Office of the
Federal Defender
200 Theatre Building
629 Fourth Avenue
Louisville, KY 40202

Tel (502) 584-0525
Fax (502) 584-2808

2

/s/ Donald J. Meier

Assistant Federal Defender
200 Theatre Building
629 Fourth Avenue
Louisville, Kentucky 40202
(502) 584-0525

Counsel for Defendant.

## CERTIFICATE

    I hereby certify that on November 30, 2023, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to the attorneys of record.

/s/ Donald J. Meier

Office of the
Federal Defender
200 Theatre Building
629 Fourth Avenue
Louisville, KY 40202

Tel (502) 584-0525
Fax (502) 584-2808

3